IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                           No. 09-cr-30004-DRH

PATRICK D. BURTON,

    Defendant.

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is defendant Patrick D. Burton's motion for retroactive application of sentencing guidelines to crack cocaine offense 18 U.S.C. § 3582 (Doc. 87). Defendant asks for a retroactive reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2). The United States Sentencing Commission has reduced the disparity between sentencing recommendations for powder cocaine and crack cocaine offenses and the retroactive application of these guidelines is to take effect November 1, 2011. Pursuant to this Court's Administrative Order 137, the Federal Public Defender for the Southern District of Illinois is appointed to represent the defendant regarding his motion, and this matter shall be automatically stayed until November 1, 2011.

    **IT IS SO ORDERED.**

    Signed this 17th day of October, 2011.

Digitally signed by David R. Herndon
Date: 2011.10.17 12:16:05 -05'00'

**Chief Judge**
**United States District Court**